## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EILEEN YAMINA SIERRA PEREZ  
      MANUEL SALAS RIVERA

Bankruptcy Number: 13-03966-MCF  
Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 05/16/2013

Days From Petition Date: 34

910 Days Before Petition: 11/18/2010

Chapter 13 Plan Date: 05/16/2013 ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: 06/19/2013 at 9:00AM

341 Meeting Date: 06/19/2013 at 9:00AM

Confirmation Hearing Date: 07/12/2013 at 1:30PM

Plan Base: $0.00   Plan Docket #

This is the _____ scheduled meeting.

Total Paid In: $0.00

---

*APPEREANCES: ☐ Telephone ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK     Joint Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined ☒ Not Examined under Oath     ☐ Examined ☒ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present     ☒ None

_____

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $0.00    Paid Pre-Petition: $0.00    Outstanding (Through the Plan): $0.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income    Liquidation Value: $ TBD

Commitment Period is   ☐ 36 months   ☐ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ TBD

The Trustee:   ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ___ %

§341 Meeting   ☒ CONTINUED   ☐ NOT HELD   ☐ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: August 20, 2013 at 10:00 a.m.

Comments: The meeting of creditors was not held since the Schedules, SOFA and the Plan were filed today. In addition, the Trustee has not received evidence of income and other documents. (See below)

| *OTHER COMMENTS / OBJECTIONS |
|---|
| Joint debtor received income from a corporation she owned, in light of this, debtor must submit tax return, Annual Statement of such corporation filed with the Department of State, bank account statements of both debtors. Also, joint debtor must submit a Statement of Income and Expenses of such corporation. |

/s/ Jose R. Carrion, Esq.    Meeting Date: Jun 19, 2013
    Trustee

/s/ Mayra Arguelles, Esq.
    Presiding Officer