# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: EILEEN YAMINA SIERRA PEREZ<br>MANUEL SALAS RIVERA | Bankruptcy Number: 13-03966-MCF<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 05/16/2013

Days From Petition Date: 97

910 Days Before Petition: 11/18/2010

Chapter 13 Plan Date: 06/18/2013 ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: 06/19/2013 at 9:00AM

341 Meeting Date: 06/19/2013 at 9:00AM

Confirmation Hearing Date: 07/12/2013 at 1:30PM

Plan Base: $18,000.00   Plan Docket # 9

This is the _____ scheduled meeting.

Total Paid In: $900.00

---

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☒ Absent   ☐ ID & Soc. OK

☐ Examined   ☒ Not Examined under Oath              ☐ Examined   ☒ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present        ☒ None

_____

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00    Paid Pre-Petition: $800.00    Outstanding (Through the Plan): $2,200.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under   ☐ Above Median Income        Liquidation Value: $ TBD

Commitment Period is   ☐ 36 months   ☐ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ TBD

The Trustee:   ☐ NOT OBJECTS    ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: September 6, 2013 at 1:00 PM

Comments: Debtor Eileen Yamina Sierra Perez is sick and was unable to attend hearing. Medical certificate was presented in creditor's meeting.

---

*OTHER COMMENTS / OBJECTIONS

Debtors must submit the following documents:
(1) Evidence of income for both debtors (salary and rents)
(2) Evidence of filing 1040PR tax returns for 2009-2012
(3) Upload homestead deed and evidence that the same was filed. The same were reviewed at creditors' meeting and homestead deed was executed and presented prior to filing bankruptcy.
(4) Plan does not provide for secured arrears to Toyota.

---

/s/ Jose R. Carrion, Esq.       Meeting Date: Jun 19, 2013
    Trustee

/s/ Alexandra Rodriguez, Esq.
    Presiding Officer