IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 13-03966 MCF |
| EILEEN YAMINA SIERRA PEREZ | Chapter 13 |
| MANUEL  SALAS RIVERA | |
| XXX-XX-8752 | |
| XXX-XX-9344 | |
| Debtor(s) | |

**AMENDED**
**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **CONFIRMATION HEARING** scheduled for **09/18/2013 AT 1:30 P.M.** at the

United States Bankruptcy Court, Jose V. Toledo Federal Building and US

Courthouse, third floor, Courtroom 3, 300 Recinto Sur Street, Old San Juan,

Puerto Rico **HAS BEEN RESCHEDULED FOR 11/14/2013 AT 9:00 A.M.**

San Juan, Puerto Rico, this 13th day of September, 2013.

> **MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.**
> **Clerk of the Court**
>
> BY:  CARMINA ROSADO LOZA
>         Deputy Clerk

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(f).**

c: All Creditors