## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** EILEEN YAMINA SIERRA PEREZ  
MANUEL SALAS RIVERA

Bankruptcy Number: 13-03966-MCF  
**Chapter 13**

---

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

---

Petition Filing Date: 05/16/2013

Days From Petition Date: 159

910 Days Before Petition: 11/18/2010

Chapter 13 Plan Date: 06/18/2013 ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☒ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: 06/19/2013 at 9:00AM

341 Meeting Date: 10/22/2013 at 1:00PM

Confirmation Hearing Date: 07/12/2013 at 1:30PM

Plan Base: $18,000.00   Plan Docket # 9

This is the 2 scheduled meeting.

Total Paid In: $1,500.00

---

*APPEREANCES: ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK      Joint Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined   ☒ Not Examined under Oath           ☐ Examined   ☒ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present     ☒ None

_____

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00   Paid Pre-Petition: $800.00   Outstanding (Through the Plan): $2,200.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income      Liquidation Value: $ TBD

Commitment Period is ☐ 36 months ☐ 60 months §1325(b)(1)(B)   Projected Disp. Inc.: $ TBD

The Trustee: ☐ NOT OBJECTS ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting  ☐ CONTINUED  ☑ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments: See comments below

---

**\*OTHER COMMENTS / OBJECTIONS**

As of this date, Debtors have not submitted evidence of income reported in Schedule I and Means Test. This is the fourth creditors' meeting that has been scheduled in this case because Debtors had not submitted such documents. Debtor's actions are causing delay in prejudice of creditors. Furthermore, Debtors stated that schedules will have to be changed, since economic circumstances are different than those listed.

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Oct 22, 2013
    **Trustee**

/s/ Alexandra Rodriguez, Esq.
    **Presiding Officer**