IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EILEEN YAMINA SIERRA PEREZ

MANUEL SALAS RIVERA

XXX-XX-8752

XXX-XX-9344

Debtor(s)

CASE NO. 13-03966 MCF

Chapter 13

**FILED & ENTERED ON 03/03/2014**

## ORDER GRANTING EXTENSION OF TIME

Debtors' request for additional time to answer the motion to dismiss filed by Trustee (docket entry #30) is hereby granted, but limited to thirty (30) days. Order due by 03/31/2014.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 03 day of March, 2014.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: DEBTOR
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES